IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, *as Receiver of
Community Bank of West Georgia*

Plaintiff,

v.

RICHARD C. HAYDEN, et al.

Defendants.

CIVIL ACTION FILE NO.

3:12-CV-165-TCB

## ORDER

The parties having announced that this case has settled (Doc. 39), the

Court hereby DIRECTS the Clerk to administratively close the case. The parties

shall file a dismissal upon finalization of the settlement documents. If

settlement negotiations fail, the parties should promptly move to reopen the

case.[1]

**SO ORDERED** this 3rd day of February, 2015.

_____
TIMOTHY C. BATTEN, SR.
U.S. DISTRICT COURT JUDGE

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. In addition, this Order will not prejudice the rights of the parties to this litigation in any manner.

AO 72A
(Rev.8/82)